# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STACY A. MARGOLIN,**
Appellant,

v.

**ESTATE OF BARBARA K. HERSH,**
Appellee.

No. 4D21-483

[September 15, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura C. Burkhart, Judge; L.T. Case No. 50-2017-CP-005592-XXXX-SB.

Stacy A. Margolin, Boulder, Colorado, pro se.

Brian C. Valentine and Rae Lynn Mosier of The Law Office of MosierValentine, PA, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***